MARY L. HERMANCE, Respondent, *v.* GLOBE INDEMNITY COMPANY, Appellant.

(Argued April 23, 1929; decided May 28, 1929.)

*F. A. W. Ireland* and *William C. Fiest* for appellant.

*Floyd W. Powell* and *John W. Eckert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.